# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| CITIBANK, N.A., SUCCESSOR TO CITIBANK (SOUTH DAKOTA), N.A., <br><br> Petitioner, <br><br> and <br><br> SANDRA RINI <br><br> Respondent. | Case No. <br><br> **PROPOSED JUDGMENT GRANTING APPLICATION OF CITIBANK, N.A. TO CONFIRM ARBITRATION AWARD** |

After considering the Application to Confirm Arbitration Award (the "Application") of Citibank, N.A., Successor to Citibank (South Dakota), N.A. ("Citibank"), all papers submitted in support of the Application, as well as all papers and pleadings submitted in this action, and, good cause appearing therefor, **IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the Award of Arbitrator, dated October 2, 2013, is confirmed.

**IT IS HEREBY FURTHER ORDERED, ADJUDGED AND DECREED** that judgment is entered against Respondent Sandra Rini and in favor of Citibank in the amount of $10,848.66.  Citibank shall recover against Rini all costs incurred in filing this Application to Confirm Arbitration Award pursuant to a Bill of Costs.

_____

UNITED STATES DISTRICT JUDGE

SUBMITTED AND APPROVED BY:

s/ James Y. Oh_____
JAMES Y. OH (0070325)
MARK C. BRNCIK (0089134)
*Attorney for Petitioner*
Javitch Block LLC
1100 Superior Avenue, 19th Floor
Cleveland, Ohio 44114
(216) 685-3023
(216) 525-4929 (facsimile)
joh@JBandR.ocm