IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| CITIBANK, N.A. | : CASE NO. 1:14 CV 2165 |
| Plaintiff | : |
| vs. | : |
| SANDRA L. RINI | : <u>ORDER OF RECUSAL</u> |
| Defendant | : |

UNITED STATES DISTRICT JUDGE LESLEY WELLS

    I disqualify myself in proceedings in this case. The case is returned to the Clerk of Court for reassignment.

    IT IS SO ORDERED.

                                            <u>/s/Lesley Wells</u>
                                            UNITED STATES DISTRICT JUDGE

Dated:<u> 1 October  2014</u>